PAUL MARTIN ET AL. v. PLANNING AND ZONING
COMMISSION OF THE TOWN OF WESTPORT

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Stanley P. Atwood,* in support of the petition.

*Frederick A. Freedman,* in opposition.

Submitted July 22—decided July 30, 1974

CHARLES BENTON v. EDWIN BENTON

The defendant's motion for a review of the order of the trial court dated July 16, 1974, terminating the stay of judgment in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Gordon A. Evans,* in support of the motion.

Submitted July 25—decided July 30, 1974

STATE OF CONNECTICUT v. MUNSUR KHALIF ABDULLAH

The defendant's motion to set aside the judgment of the trial court in the appeal from the Superior Court in Fairfield County is denied.

The defendant's "Motion to Suspend Rules and Expedite Appeal" from the Superior Court in Fairfield County is denied.

*John R. Williams,* special public defender, for the appellant (defendant).

*Donald A. Browne,* state's attorney, for the appellee (state).